UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   LUIGI GIROTTO,

                                Plaintiff,

           -against-                    20 Civ. 2240 (LGS)

   ANDREAS WV LLC and SAMSON
   ASSOCIATES LLC,                    **ORDER**
                               Defendants.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on April 29, 2020, Plaintiff filed Affidavits of Service stating that Defendants were served on April 10, 2020 (Dkt. No. 10-11);

      WHEREAS, under Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Defendants to answer or otherwise respond to the Complaint was May 1, 2020;

      WHEREAS Defendants failed to file an answer or otherwise respond on ECF by May 1, 2020.  It is hereby

      **ORDERED** that Defendants shall answer or otherwise respond to the Complaint by **May 7, 2020**.  It is further

      **ORDERED** that, should Defendants fail to answer or otherwise respond by May 7, 2020, Plaintiff shall file Default Judgment papers by **May 28, 2020**, in accordance with Individual Rules' Attachment A.  It is further

      **ORDERED** that Plaintiff shall email if possible and mail a copy of this Order to Defendants and file proof of service by **May 6, 2020**.

Dated: May 5, 2020
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE