# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

January 2, 2018

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1106
New York, New York 10007

      Re: Girotto v. Andreas WV LLC, d/b/a Da Andrea, et al.
         Case 1:20-cv-02240-LGS

Dear Judge Schofield:

  The undersigned represents the Plaintiff in the above-captioned case matter. This is an enforcement action pursuant to the ADA and similar state and local statutes.

  The Initial Pretrial Conference in this matter is currently scheduled for May 14, 2020, at 11:00 a.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 10 & D.E. 11]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to mid-February, or any other date most convenient to this Honorable Court.

  The undersigned counsel has also undertaken additional efforts including follow-up Federal Express correspondence to the subject facility location and corporate locations. Thank you for your consideration of this first adjournment request.

           Sincerely,

          By: /S/   B. Bradley Weitz
           B. Bradley Weitz, Esq. (BW9365)
           THE WEITZ LAW FIRM, P.A.
           Attorney for Plaintiff
           Bank of America Building
           18305 Biscayne Blvd., Suite 214
           Aventura, Florida 33160
           Telephone: (305) 949-7777
           Facsimile:  (305) 704-3877
           Email: bbw@weitzfirm.com

*[Signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Application GRANTED.  The initial conference currently scheduled for May 14, 2020, is hereby adjourned to June 11, 2020, at 11:00 a.m.  The parties are reminded that all other aspects of the March 30, 2020, Order still apply (Dkt. No. 7), including the submission of a proposed civil case management plan and joint letter at least seven days prior to the initial conference, in accordance with the Court's Individual Rules.  SO ORDERED.

Dated: May 7, 2020
New York, New York